UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitchell Cichowicz,<br><br>           Plaintiff,<br>     v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>           Defendant. | Civil Action No.:  1:10-cv-01013-WMS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 19, 2011

                                                          Respectfully submitted,

                                                          PLAINTIFF, Mitchell Cichowicz

                                                          /s/ Sergei Lemberg

                                                          Sergei Lemberg, Esq. (SL 6331)
                                                          **LEMBERG & ASSOCIATES L.L.C.**
                                                          300 International Drive, Suite 100
                                                          Williamsville, NY 14221
                                                          Telephone: (203) 653-2250
                                                          Facsimile:  (877) 795-3666
                                                          slemberg@lemberglaw.com
                                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 19, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg