UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mitchell Cichowicz, | : |
| | : |
| | : Civil Action No.: 1:10-cv-01013-WMS |
| Plaintiff, | : |
| v. | : |
| | : |
| Northstar Location Services, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Mitchell Cichowicz ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 5, 2011

                                                  Respectfully submitted,

                                                By: /s/ Sergei Lemberg

                                                Sergei Lemberg (SL 6331)
                                                LEMBERG & ASSOCIATES L.L.C.
                                                300 International Drive, Suite 100
                                                Williamsville, NY 14221
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                              Sergei Lemberg